IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY A. MULLINIX, Individually and As Next Friend of, BALTASAR RODRIGUEZ, III, Deceased, Plaintiff<br>v.<br><br>CITY OF SAN ANTONIO, and its Agency/department SAN ANTONIO POLICE DEPARTMENT, A. WITHERS also known as AARON WITHERS also known as SAPD OFFICER BADGE #0809, J. NANCE also known as JIMMY NANCE also known as SAPD OFFICER BADGE #0889, P. SWEENEY also known as PETER SWEENEY also known as SAPD SGT. BADGE #3373, WILLIAM McMANUS, CHIEF OF POLICE SAN ANTONIO POLICE DEPARTMENT | § § § § § § § § § § § § § § § § § § § § § § § § | NO. 5:23-CV-1363 |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME the City of San Antonio, William McManus, Jimmy Nance, Peter Sweeney and Aaron Withers, Defendants in the above styled and numbered cause, and jointly file this Notice of Removal pursuant to 28 U.S.C. § 1446(a). As grounds for removal, Defendant respectfully shows the following:

## INTRODUCTION

1. On September 1, 2023, Plaintiff Mary A. Mullinix, Individually and As Next Friend of Baltasar Rodriguez, III, Deceased[1] filed an Original Petition styled *Mary A. Mullinix, Individually and As Next Friend of Baltasar Rodriguez, III, Deceased v. City of San Antonio, et al*. The lawsuit was filed in the 438th Judicial District Court, Bexar County, Texas and assigned Cause No. 2023CI18964 ("State Court Action").[2]

2. The citation was issued on September 7, 2023 and served on the City of San Antonio on September 27, 2023. On October 4, 2023, Defendant Sweeney was served with Citation and Plaintiff's Original Petition. Defendant Nance was served on October 10, 2023, and Defendant Withers was served on October 12, 2023.

3. Defendants, City of San Antonio, McManus, Sweeney, Nance, and Withers jointly file this Notice of Removal within the 30-day period required by 28 U.S.C. § 1446(b).

## BASES FOR REMOVAL

4. Removal is proper because Plaintiff's claims present federal questions within the subject matter jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Removal is also proper under 28 U.S.C. § 1441(a) and 1446.

---

[1] "As next friend" designation is improper, as Decedent, Plaintiff's son, was 39 years old and not declared incompetent at the time of his death.

[2] Plaintiff's Petition also refers to San Antonio Police Department in the introductory paragraphs, Courts in the San Antonio Division of the Western District have repeatedly determined the San Antonio Police Department is merely a department of the City of San Antonio and not a separate jural entity and therefore lacks capacity to appear as a party. *See e.g., Gehring v. City of San Antonio*, 2015 WL 225064 *2 (W.D.Tex. Jan. 15, 2015).

5.     Plaintiff's claims arise from alleged actions under U.S.C. § 1983. Plaintiff claims Defendant City of San Antonio Police Officers Sweeney, Withers, and Nance used excessive force against decedent on Sept. 1, 2021, causing his death allegedly in violation of the 1st, 5th, 8th and 14th amendments to the U.S. Constitution as well as Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §2000e.

6.     To the extent that plaintiff may seek to assert any state-law cause of action, defendants would show that the United States District Court has supplemental jurisdiction over plaintiff's pendent state law claims because those claims arise out of, and are derived from, a common nucleus of operative facts which form the basis of plaintiff's federal civil claims. 28 U.S.C. § 1367.

7.     Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served upon Defendants in the removed case from the 438th Judicial District Court are attached. (Exhibit A).

8.     Venue is proper in the United States District Court, Western District of Texas, San Antonio Division, as the district and division embracing the place where the state action is pending. 28 U.S.C. §§ 1441(a), 1446(a).

9.     Pursuant to 28 U.S.C. § 1446(d), with the filing of this Notice of Removal, Defendant will serve written notice of this removal upon all interested and adverse parties and upon the Clerk of the Court for the 438th Judicial District Court of the State of Texas, Bexar County, Texas, promptly after filing this Notice of Removal.

## CONCLUSION AND PRAYER

For the foregoing reasons, the removing Defendants notice the removal of this

cause.

                              Respectfully Submitted,

                              CITY OF SAN ANTONIO
Office of the City Attorney
Litigation Division
International Center
203 S. St. Mary's St., 2nd Floor
San Antonio, Texas 78205
Phone:   (210) 207-8975
Fax:       (210) 207-4357
Email:   Michael.Urbis@sanantonio.gov

*/s/ Michael Urbis (by permission)*
Michael J. Urbis
Assistant City Attorney
SBN:  20414130
***ATTORNEY FOR THE DEFENDANTS CITY OF SAN ANTONIO and WILLIAM MCMANUS***

_____
SHAWN FITZPATRICK
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283
(210) 408-6793
skf@fitzkoslaw.com
State Bar No. 00787474
ATTORNEY FOR DEFENDANTS
SWEENEY, WITHERS AND NANCE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on this the 26th day of October, 2023 and by email:

Mr. Hugo Xavier De Los Santos
ATTORNEY AT LAW
900 Vance Jackson Rd.
San Antonio, Texas 78201
Ph: (210) 736-4227
Fax: (210) 737-1556
dls.law.firm@aol.com
**Intervenor**


*Via Efile & First Class US Mail*
Mary A. Mullinix
22931 Shady Forest Drive
Elmendorf, Texas 78112
mmullinix1261@yahoo.com
**Plaintiff**


                                              */s/ Shawn Fitzpatrick*
                                              Shawn Fitzpatrick