**FILED**
January 02, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Tyler Martin___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARY A. MULLINIX, INDIVIDUALLY AND AS NEXT OF FRIEND OF, BALTASAR RODRIGUEZ, III., DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN ANTONIO, AGENCY/DEPARTMENT SAN ANTONIO POLICE DEPARTMENT; CHIEF OF POLICE WILLIAM MCMANUS, PETER SWEENEY, SAPD SGT. BADGE #3373; JIMMY NANCE, SAPD OFFICER BADGE #0889; and AARON WITHERS, SAPD OFFICER BADGE #0809,<br><br>Defendants. | CIVIL NO. SA:23-CV-01363-OLG |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**

Before the Court is the Motion to Dismiss filed by Defendant City of San Antonio on behalf of Pro Se Plaintiff Mary A. Mullinix. (*See* Dkt. No. 5.) By the Motion, Plaintiff seeks dismissal of all of her claims against Defendants the City of San Antonio, William McManus, Jimmy Nance, Aaron Withers, and Peter Sweeney. It is therefore **ORDERED** that Plaintiff's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 5) is **GRANTED**, and all claims against Defendants are **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this __2nd__ day of January, 2024.

_____
ORLANDO L. GARCIA
United States District Judge